722

■ MAUDE H. RUBECK, Respondent, v. ALBERT J. RUBECK, Also Known as NICHOLAS RUBECK, Appellant.— Appeal dismissed unless records and briefs are filed and served on or before January 17, 1962; both parties granted permission to file five typed copies of briefs.

■ In the Matter of A. W. STANGL, Respondent, v. COSENTINO GENESEE CORPORATION, as Trustee, Appellant.— Motion granted and appeal to be ready for argument not later than March 1962 Term.

■ EDWIN PARKOT, Doing Business as P & H WHOLESALE SUPPLY CO., Plaintiff, v. AL STANGL, Respondent, and COSENTINO GENESEE CORPORATION, Appellant.— Motion granted, order dismissing appeal vacated and appeal to be ready for argument not later than March 1962 Term.

■ IRENE SZCZYGIEL et al., Appellants, v. IROQUOIS GAS CORP., Respondent.— Motion granted to prosecute appeal as poor persons, and on one original typed record; appeal dismissed unless record and appellants' briefs are filed on or before February 28, 1962.

■ ANN C. SPEZIALE, Appellant, v. CECELIA A. KUMMER, Respondent.— Motion to dismiss appeal denied. Motion granted to prosecute appeal on original typed record and five typed appellant's briefs.

■ DAVID J. ELMER, Appellant, v. JOHN B. BYRD et al., Respondents.— Motion to prosecute appeal on typed records and briefs denied.

■ ALECK WHATLEY, Appellant, v. RAYMOND COLBERT, JR., Respondent.— Motion granted to prosecute appeal on typed records and briefs.

■ WALTER GRYNIOWSKI, an Infant, Appellant, v. ROCHESTER GAS AND ELECTRIC CORP., Respondent. PETER GRYNIOWSKI, Appellant, v. ROCHESTER GAS AND ELECTRIC CORP., Respondent.— Motion granted to prosecute appeal as poor persons and on original typed record and five typed copies of appellant's brief.

■ ARTHUR LEWIS, Appellant, v. LUIGI BATTAGLIA et al., Doing Business as BILLS' ACE OF HEARTS RESTAURANT, Respondents.— Motion granted to prosecute appeal as poor person; time for argument enlarged to include March 1962 Term, on condition records and appellant's briefs are filed and served on or before February 28, 1962.

■ JOHN BUSCH, JR., Respondent, v. CLAYTON HOUSE et al., Appellants.— Appellants granted leave to prosecute as poor persons; appeal dismissed unless records and briefs are filed and served on or before March 5, 1962.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LA PLACA, Appellant.— Motion granted, case removed from January Term Calendar, and time for argument of appeal enlarged to include May 1962 Term.

■ In the Matter of JOHN BOIKO, JR., Appellant, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent.— Appeal dismissed, without costs, upon stipulation.

■ (A) SALVATORE R. GIOIA, Respondent, v. STATE OF NEW YORK, Appellant. (Jan. 17, 1962 — brief only.) (B) NORMA CARY et al., as Administrators of BEEMAN, Deceased, Respondents, v. ATLANTIC MUTUAL INSURANCE COMPANY, Appellant. (Jan. 22, 1962.) (C) ROBERT M. WEICHERT, Appellant, v. GEORGE A. KIRNIE, Respondent. (Jan. 22, 1962 — brief only.) (D) GEORGE PEDERSEN et al., Respondents, v. GARDNER & NORTH ROOFING & SIDING CORP., Appellant. (And Two Other Actions.) (Jan. 22, 1962.) (E) ROBERT CORNELIUS, Respondent, v. CITY OF ROCHESTER, Appellant. (Feb. 28, 1962.) (F) ELIZABETH A. BRONNER, an Infant, Appellant, v. COUNTY OF ONONDAGA, Respondent. ANDREW J. BRONNER, Appellant, v. COUNTY OF ONONDAGA, Respondent. (Feb. 28, 1962.) — [In each action] Appeal dismissed unless records and briefs are filed and served on or before a date certain.